

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00280-CV

_____

**TEXAS A&M UNIVERSITY, DAVE
PARROTT, AND BG JOE RAMIREZ,**

                                                                **Appellants**

 **v.**

**GUSTAVO CARAPIA,**

                                                                **Appellee**

_____

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 14-002220-CV-272**

_____

## O R D E R

_____

Appellant's motion to substitute counsel was filed on November 13, 2014. The

motion does not indicate that a copy was provided to the client in a manner of delivery

authorized by the rule. TEX. R. APP. P. 6.5(b), (d). The Court simply reminds counsel of

that obligation; but because the rule does not require counsel to certify compliance with

that aspect of the rule to the Court, the Court will not deny the motion on that basis.

Accordingly, the Court grants the motion to substitute Susan M. Watson in place

of Angela V. Colmenero.

PER CURIAM


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed November 20, 2014

